**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

  -vs-                                  Case No.:  8:26-cr-00050-RAL-CPT

DARLIN JOEL CRUZ AGUILAR,

      Defendant,

**CLERK'S MINUTES**
Proceeding: Initial Appearance and Arraignment
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: June 4, 2026 |
| Deputy Clerk: Ashley Sanders | Time: 9:51 a.m. |
| USPO: none | Recess: 9:59 a.m. |
| Court Reporter: Digital | Total Time: 8 min |
| Interpreter: Beatriz Velasquez, Spanish (sworn) | |

Counsel for USA: Karyna Valdes, AUSA
Counsel for Defendant: Ryan Maguire, AFPD

Court calls case and counsel enters appearances.

Oral motion for interpreter. Motion granted.

Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints Federal Public Defender's Office.

Court advises of charges contained in Indictment. Defendant waives full and formal reading, enters a plea of not guilty, moves to participate in discovery. Government moves for reciprocal discovery.

BOND:     <u>Government:</u>  moves for detention. Defendant is serving a state sentence.

              <u>Defendant:</u>    reserves.

Court orders Defendant detained pending trial.

Trial set for the August 3 trial term before Judge Lazzara. Status conference set for July 10 at 9:00 a.m.

Oral due process order pronounced.

Recess.