AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  8:26 cr-50 RAL-CPT |
| Darlin Joel Cruz Aguilar | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Darlin Joel Cruz Aguilar                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

   Illegal Re-Entry by Deported Alien, in violation of 8 U.S.C. § 1326(a).

Date:   2-11-2026

Lindsay Richards
_____
*Issuing officer's signature*

City and state:              Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/11/26 and the person was arrested on *(date)* 5/12/26
at *(city and state)*  Pensicola, FL            .

Date:  May 28, 2026

_____
*Arresting officer's signature*

DUSM  D. Aguilar
*Printed name and title*